**Electronically Filed
Supreme Court
SCPW-25-0000384
10-DEC-2025
07:51 AM
Dkt. 8 ODDP**

SCPW-25-0000384

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

BRIDGIT M.L. BALES; MAUREEN N. RAWLINS; EVA E. NANIʻOLE; JANICE P.K. KAHOʻOHANOHANO; and CAROLINE R.P. MONTAGUE-MULLINS, Petitioners,

vs.

JOSH GREEN, Governor of the State of Hawaiʻi; OFFICE OF ELECTIONS, STATE OF HAWAIʻI; BOARD OF REGISTRATION, ISLAND OF HAWAIʻI; SUSAN L.K. LEE LOY; and JON HENRICKS, in official capacity as County Clerk, County of Hawaiʻi, Respondents.

_____

ORIGINAL PROCEEDING

ORDER DENYING PETITION WITHOUT PREJUDICE
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Hamman, assigned by reason of vacancy)

Upon consideration of the petition for writ of mandamus or extraordinary writ, filed April 29, 2025, and the record, Petitioners have not shown there are any qualified candidates who are willing to serve on the Board of Registration for the island of Hawaiʻi, the Governor is aware of these candidates, and the Governor has unreasonably refused to appoint a qualified candidate to the Board. See Hawaiʻi Revised Statutes § 11-41

(2009 & Supp. 2023); <u>Hanabusa v. Lingle</u>, 119 Hawaiʻi 341, 350-52, 198 P.3d 604, 613-15 (2008). An extraordinary writ is unwarranted at this time. <u>See</u> <u>Womble Bond Dickinson (US) LLP v. Kim</u>, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied without prejudice.

DATED: Honolulu, Hawaiʻi, December 10, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza



/s/ Vladimir P. Devens

/s/ Kirstin M. Hamman